# LAW OFFICES OF SCOTT E. LEEMON, P.C.
## 41 Madison Avenue, 25th Floor
## New York, New York 10010
## (212) 696-9111--- Office
## (917) 238-0880---Mobile
## scott@leemonlaw.com
## www.leemonlaw.com

---------------------------------------------------------------------

July 5, 2012

Via Email & ECF
Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

    Re:    *United States v. Anatoly Kraiter*
                 Criminal Docket No.: 10-CR-771 (S-1)(NG)

Dear Judge Orenstein:

    In connection with the above referenced matter I write to advise the Court that I have previously been advised by all the suretors in the case that they "have no objection…or any further change in Mr. Kraiter's bail conditions.[1]

    Thank you.

                                         Very truly yours,

                                         /s/
                                         Scott E. Leemon

cc: Sarah Hall, Trial Attorney, USDOJ (via ECF)

---

[1] I have affidavits from all the suretors that indicate such. These affidavits may be used in a future bail application to remove the home detention aspect of his release.